# EXHIBIT 2

# U.S. Patent No. 7,821,425 ("'425 Patent")

**Exemplary Accused Products**

  ASUS products, including at least each of the following products (and their submodels) that use Windows, including Windows 10, as its operating system, infringe at least Claims 7, 16, 25, and 33 of the '425 Patent: C101PA, C214MA, C302CA, C433TA, C434TA, C436FA, TP370QL, T103HAF, T304UA, TP202NA, TP203MAH, TP203NA, TP203NAH, TP401CA, TP401CAE, TP401MA, TP410UA, TP410UF, TP410UR, TP412FA, TP412UA, TP510UA, TP510UF, TP510UQ, TP501UA, TP501UQ, UX362FA, UX461FA, UX461FN, UX461UA, UX461UN, UX562FA, UX562FAC, UX562FD, UX370UA, UX360CA, UX360UA, UX560UQ, UX561UA, UX561UD, A4110, A6421, A4321, AiO V161GA.  The infringement chart below is based on the Asus Vivobook Flip 14 (Model Name TP401MA)("Asus Vivobook Flip 14"), which is exemplary of the infringement of the '425 Patent.

**Claim 7**

| Claim 7 | ASUS Vivobook Flip 14 |
|---|---|
| [pre] A method of providing a unique output representative of a key uniquely selected by a user from a plurality of keys in which each key is operable to provide a respective detected signal having a respective signal strength responsive to a presence of at least a portion of the user, the method comprising the sequentially executed steps of: | The preamble is not a limitation. To the extent the preamble is construed as a limitation, the ASUS Vivobook Flip 14 is an apparatus that performs the claimed method.<br><br>For example, the ASUS Vivobook Flip 14 is a touch-enabled laptop or notebook computer that has a Windows 10 touch keyboard with a plurality of keys, in which each key is operable to provide a respective detected signal having a respective signal strength responsive to a presence of at least a portion of the user.<br><br>For example, the ASUS Vivobook Flip 14 includes a capacitive touch screen.<br><br>*See, e.g.*: |

| Claim 7 | ASUS Vivobook Flip 14 |
|---|---|
| | <br><br>Photograph of ASUS Vivobook Flip 14 illustrating touch screen.<br><br>For example, the ASUS Vivobook Flip 14 receives a detected signal responsive to a user's touch, e.g. a signal representative of a capacitive coupling between the user and the touch screen.<br><br>For example, the ASUS Vivobook Flip 14 includes one or more computer-readable non-transitory storage media coupled to the sensing element and embodying logic that |

| Claim 7 | ASUS Vivobook Flip 14 |
|---|---|
|  | is operable when executed to perform the claimed method. For example, the ASUS Vivobook Flip 14 includes one or more touch controllers or system processors with non-transitory storage (e.g. Flash, EEPROM, HDD, SDD, etc.) embodying logic executable to perform the steps described below. |
| [a] (a) measuring the respective detected signal strength associated with each key in the plurality thereof; | The ASUS Vivobook Flip 14 performs the step of measuring the respective detected signal strength associated with each key in the plurality thereof.<br><br>For example, the ASUS Vivobook Flip 14 receives signals indicating the proximity of a user's touch to two or more keys. For example, the touch keyboard measures the detected signal strengths of the keys in order to make a key determination proportional to the distance between the keys and the user's touch. |
| [b] (b) comparing each of the measured signal strengths with a respective selected threshold value to form a subset of keys having associated signals greater than the respective threshold values; | The ASUS Vivobook Flip 14 performs the step of comparing each of the measured signal strengths with a respective selected threshold value to form a subset of keys having associated signals greater than the respective threshold values.<br><br>For example, in an aspect of infringement where the claimed "signal strength" corresponds with a capacitive measurement, if the detected signal strength for every key is below the threshold, the subset is empty and no key will be selected. For example, if the capacitive coupling between the device and the user is too low, e.g. due to intervening gloves, a screen protector, etc., no keypress will be registered. For another example, an erroneous signal caused by noise, by moisture, or by other conditions will be rejected and will not cause a touch input to be registered. For another example, a touch with X,Y coordinates that do not correspond to any key, e.g. a touch outside the keyboard area will not register as a keypress. |
| [c] (c) determining that no key has been selected if the subset is empty, and otherwise determining that the key that is in the subset and that is associated with a maximum signal strength is the current uniquely selected key; | The ASUS Vivobook Flip 14 performs the step of determining that no key has been selected if the subset is empty, and otherwise determining that the key that is in the subset and that is associated with a maximum signal strength is the current uniquely selected key.<br><br>For example, where there is sufficiently low proximity between the user's touch and any key, the ASUS Vivobook Flip 14 will not simply choose the closest key but will |

| Claim 7 | ASUS Vivobook Flip 14 |
|---------|----------------------|
| | rather determine that no key is selected. For example, in the U.S. English keyboard layout there is a region to the left of the A key where a user may touch and yet no key is selected.<br><br>For example, when a user touches the touchscreen of the ASUS Vivobook Flip 14 while the keyboard is active, the device determines that the key in the subset that has the maximum signal strength is the currently selected key by analyzing sensor values of the keys comprising the device's keyboard. Based at least on these sensor values, the device determines which key was intended to be touched and assigns it as the currently uniquely selected key.<br><br>For example, if the user's touch is positioned sufficiently close to the "G" key of the touchscreen keyboard, the signal corresponding with "G" will have the maximum value and the ASUS Vivobook Flip 14 will determine that "G" is the current uniquely selected key. |

| Claim 7 | ASUS Vivobook Flip 14 |
|---|---|
|  |  Photograph showing shading of "G" key as the uniquely selected key. |
| [d] (d) subsequent to determining a uniquely selected key, modifying step (c) to bias subsequent determinations in favor of the uniquely selected key and then repeating steps (a), (b) and the modified step (c). | The ASUS Vivobook Flip 14 performs the step of subsequent to determining a uniquely selected key, modifying step (c) to bias subsequent determinations in favor of the uniquely selected key and then repeating steps (a), (b) and the modified step (c).<br><br>For example, in the absence of biasing, a user may touch near the left edge of the "H" key to select "H" as the uniquely selected key, e.g.: |

| Claim 7 | ASUS Vivobook Flip 14 |
|---------|----------------------|
| |  Photograph showing an unbiased touch on "H." For example, in the situation where the step of determining a uniquely selected key has occurred and the user's touch has not been lifted, moving the touch to a location more distant from "G," will *not* result in "H" being selected: |

| Claim 7 | ASUS Vivobook Flip 14 |
|---|---|
|  |  Photograph showing that "H" is not determined to be the uniquely selected key despite the user touching part of the "H" key region. For example, it is possible to overcome the bias by moving slightly closer to "H": |

| Claim 7 | ASUS Vivobook Flip 14 |
|---|---|
| |  Photograph showing that if the touch moves far enough towards "H," then "H" will be selected. |

**Claim 16**

| Claim 16 | ASUS Vivobook Flip 14 |
|---|---|
| [pre] A method of providing a unique output representative of a key selected by a user from a plurality of keys operable to provide respective detected signals | The preamble is not a limitation. To the extent the preamble is construed as a limitation, the ASUS Vivobook Flip 14 is an apparatus that performs the claimed method. |

| Claim 16 | ASUS Vivobook Flip 14 |
|---|---|
| having respective signal strengths responsive to a presence of at least a portion of the user, the method comprising the steps of: | For example, the ASUS Vivobook Flip 14 is a touch-enabled laptop or notebook computer that has a Windows 10 touch keyboard with a plurality of keys, in which each key is operable to provide a respective detected signal having a respective signal strength responsive to a presence of at least a portion of the user.<br><br>For example, the ASUS Vivobook Flip 14 includes a capacitive touch screen.<br><br>*See, e.g.*:<br><br> |

| Claim 16 | ASUS Vivobook Flip 14 |
|---|---|
| | Photograph of ASUS Vivobook Flip 14 illustrating touch screen.<br><br>For example, the ASUS Vivobook Flip 14 receives a detected signal responsive to a user's touch, e.g. a signal representative of a capacitive coupling between the user and the touch screen.<br><br>For example, the ASUS Vivobook Flip 14 includes one or more computer-readable non-transitory storage media coupled to the sensing element and embodying logic that is operable when executed to perform the claimed method. For example, the ASUS Vivobook Flip 14 includes one or more touch controllers or system processors with non-transitory storage (e.g. Flash, EEPROM, HDD, SDD, etc.) embodying logic executable to perform the steps described below. |
| [a] (a) measuring, at a first instant, the respective detected signal strength associated with each key in the plurality thereof, and retaining for further consideration at the first instant respective retained values representative of only those signal strengths exceeding respective threshold values; | The ASUS Vivobook Flip 14 performs the step of measuring, at a first instant, the respective detected signal strength associated with each key in the plurality thereof, and retaining for further consideration at the first instant respective retained values representative of only those signal strengths exceeding respective threshold values.<br><br>For example, the ASUS Vivobook Flip 14 receives signals indicating the proximity of a user's touch to two or more keys. For example, the touch keyboard measures the detected signal strengths of the keys in order to make a key determination proportional to the distance between the keys and the user's touch.<br><br>For example, in an aspect of infringement where the claimed "signal strength" corresponds with a capacitive measurement, if the detected signal strength for every key is below the threshold, the subset is empty and no key will be selected. For example, if the capacitive coupling between the device and the user is too low, e.g. due to intervening gloves, a screen protector, etc., no keypress will be registered. For another example, an erroneous signal caused by noise, by moisture, or by other conditions will be rejected and will not cause a touch input to be registered. For another example, a touch with X,Y coordinates that do not correspond to any key, e.g. a touch outside the keyboard area will not register as a keypress. |

| Claim 16 | ASUS Vivobook Flip 14 |
|---|---|
| | See limitation 16[b]. |
| [b] (b) selecting, as the initial user-selected key, that key having the maximum of all the values retained at the first instant; | The ASUS Vivobook Flip 14 performs the step of selecting, as the initial user-selected key, that key having the maximum of all the values retained at the first instant.<br><br>For example, when a user touches the touchscreen of the ASUS Vivobook Flip 14 while the keyboard is active, the device determines that the key in the subset that has the maximum signal strength is the currently selected key by analyzing sensor values of the keys comprising the device's keyboard. Based at least on these sensor values, the device determines which key was intended to be touched and assigns it as the currently uniquely selected key.<br><br>For example, if the user's touch is positioned sufficiently close to the "G" key of the touchscreen keyboard, the signal corresponding with "G" will have the maximum value and the ASUS Vivobook Flip 14 will determine that "G" is the current uniquely selected key. |

| Claim 16 | ASUS Vivobook Flip 14 |
|---|---|
| |  Photograph showing shading of "G" key as the uniquely selected key. |
| [c] (c) measuring, at a second instant, later than the first instant, the respective detected signal strength associated with each key in the plurality thereof, and retaining for further consideration at the second instant respective retained values representative only of those signal | The ASUS Vivobook Flip 14 performs the step of measuring, at a second instant, later than the first instant, the respective detected signal strength associated with each key in the plurality thereof, and retaining for further consideration at the second instant respective retained values representative only of those signal strengths exceeding respective threshold values.<br><br>For example, the ASUS Vivobook Flip 14 receives signals indicating the proximity of a user's touch to two or more keys. For example, the touch keyboard measures the |

| Claim 16 | ASUS Vivobook Flip 14 |
|---|---|
| strengths exceeding respective threshold values; | detected signal strengths of the keys in order to make a key determination proportional to the distance between the keys and the user's touch.<br><br>For example, in an aspect of infringement where the claimed "signal strength" corresponds with a capacitive measurement, if the detected signal strength for every key is below the threshold, the subset is empty and no key will be selected. For example, if the capacitive coupling between the device and the user is too low, e.g. due to intervening gloves, a screen protector, etc., no keypress will be registered. For another example, an erroneous signal caused by noise, by moisture, or by other conditions will be rejected and will not cause a touch input to be registered. For another example, a touch with X,Y coordinates that do not correspond to any key, e.g. a touch outside the keyboard area will not register as a keypress.<br><br>See limitation 16[d]. |
| [d] (d) comparing, in a fashion biased in favor of the initial user-selected key, the values retained for further consideration at the second instant to select the user-selected key at the second instant. | The ASUS Vivobook Flip 14 performs the step of comparing, in a fashion biased in favor of the initial user-selected key, the values retained for further consideration at the second instant to select the user-selected key at the second instant.<br><br>For example, in the absence of biasing, a user may touch near the left edge of the "H" key to select "H" as the uniquely selected key, e.g.: |

| Claim 16 | ASUS Vivobook Flip 14 |
|---|---|
|  |  Photograph showing an unbiased touch on "H." For example, in the situation where the step of determining a uniquely selected key has occurred and the user's touch has not been lifted, moving the touch to a location more distant from "G," will *not* result in "H" being selected: |

| Claim 16 | ASUS Vivobook Flip 14 |
|---|---|
| |  Photograph showing that "H" is not determined to be the uniquely selected key despite the user touching part of the "H" key region. For example, it is possible to overcome the bias by moving slightly closer to "H": |

| Claim 16 | ASUS Vivobook Flip 14 |
|---|---|
| |  Photograph showing that if the touch moves far enough towards "H," then "H" will be selected. |

**Claim 25**

| Claim 25 | ASUS Vivobook Flip 14 |
|---|---|
| [pre] A device comprising: | The preamble is not a limitation. To the extent the preamble is construed as a limitation, the ASUS Vivobook Flip 14 is a device. |

| Claim 25 | ASUS Vivobook Flip 14 |
|----------|------------------------|
|          | For example, the ASUS Vivobook Flip 14 is a touch-enabled laptop or notebook computer that has a Windows 10 touch keyboard with a plurality of keys, in which each key is operable to provide a respective detected signal having a respective signal strength responsive to a presence of at least a portion of the user. <br><br> For example, the ASUS Vivobook Flip 14 includes a capacitive touch screen. <br><br> *See, e.g.*: <br><br>  |

| Claim 25 | ASUS Vivobook Flip 14 |
|---|---|
| | Photograph of ASUS Vivobook Flip 14 illustrating touch screen.<br><br>For example, the ASUS Vivobook Flip 14 receives a detected signal responsive to a user's touch, e.g. a signal representative of a capacitive coupling between the user and the touch screen. |
| [a] a controller operable to receive sensor values from a plurality of keys and | The ASUS Vivobook Flip 14 has a controller operable to receive sensor values from a plurality of keys.<br><br>For example, the ASUS Vivobook Flip 14 includes one or more computer-readable non-transitory storage media coupled to the sensing element and embodying logic that is operable when executed to perform the recited limitations. For example, the ASUS Vivobook Flip 14 includes one or more touch controllers or system processors with non-transitory storage (e.g. Flash, EEPROM, HDD, SDD, etc.) embodying logic to perform the recited limitations.<br><br>See limitation 25[pre]. |
| [b] bias a determination of a selected key as a function of a previously selected key. | The ASUS Vivobook Flip 14 has logic that biases a determination of a selected key as a function of a previously selected key.<br><br>For example, the ASUS Vivobook Flip 14 receives signals indicating the proximity of a user's touch to two or more keys. For example, the touch keyboard measures the detected signal strengths of the keys in order to make a key determination proportional to the distance between the keys and the user's touch.<br><br>For example, in an aspect of infringement where the claimed "signal strength" corresponds with a capacitive measurement, if the detected signal strength for every key is below the threshold, the subset is empty and no key will be selected. For example, if the capacitive coupling between the device and the user is too low, e.g. due to intervening gloves, a screen protector, etc., no keypress will be registered. For another example, an erroneous signal caused by noise, by moisture, or by other conditions will be rejected and will not cause a touch input to be registered. For another example, a |

Case 6:20-cv-00117   Document 1-2   Filed 02/14/20   Page 20 of 31

| Claim 25 | ASUS Vivobook Flip 14 |
|---|---|
| | touch with X,Y coordinates that do not correspond to any key, e.g. a touch outside the keyboard area will not register as a keypress.<br><br>For example, where there is sufficiently low proximity between the user's touch and any key, the ASUS Vivobook Flip 14 will not simply choose the closest key but will rather determine that no key is selected. For example, in the U.S. English keyboard layout there is a region to the left of the A key where a user may touch and yet no key is selected.<br><br>For example, when a user touches the touchscreen of the ASUS Vivobook Flip 14 while the keyboard is active, the device determines that the key in the subset that has the maximum signal strength is the currently selected key by analyzing sensor values of the keys comprising the device's keyboard. Based at least on these sensor values, the device determines which key was intended to be touched and assigns it as the currently uniquely selected key.<br><br>For example, if the user's touch is positioned sufficiently close to the "G" key of the touchscreen keyboard, the signal corresponding with "G" will have the maximum value and the ASUS Vivobook Flip 14 will determine that "G" is the current uniquely selected key. |

Page 19

| Claim 25 | ASUS Vivobook Flip 14 |
|---|---|
| | 
Photograph showing shading of "G" key as the uniquely selected key.

For example, in the absence of biasing, a user may touch near the left edge of the "H" key to select "H" as the uniquely selected key, e.g.: |

| Claim 25 | ASUS Vivobook Flip 14 |
|---|---|
| |  Photograph showing an unbiased touch on "H." <br><br> For example, in the situation where the step of determining a uniquely selected key has occurred and the user's touch has not been lifted, moving the touch to a location more distant from "G," will *not* result in "H" being selected: |

| Claim 25 | ASUS Vivobook Flip 14 |
|---|---|
| |  Photograph showing that "H" is not determined to be the uniquely selected key despite the user touching part of the "H" key region. For example, it is possible to overcome the bias by moving slightly closer to "H": |

| Claim 25 | ASUS Vivobook Flip 14 |
|---|---|
| | Photograph showing that if the touch moves far enough towards "H," then "H" will be selected. |

**Claim 33**

| Claim 33 | ASUS Vivobook Flip 14 |
|---|---|
| [pre] A device comprising: | The preamble is not a limitation. To the extent the preamble is construed as a limitation, the ASUS Vivobook Flip 14 is a device. |

| Claim 33 | ASUS Vivobook Flip 14 |
|---|---|
| | For example, the ASUS Vivobook Flip 14 is a touch-enabled laptop or notebook computer that has a Windows 10 touch keyboard with a plurality of keys, in which each key is operable to provide a respective detected signal having a respective signal strength responsive to a presence of at least a portion of the user.<br><br>For example, the ASUS Vivobook Flip 14 includes a capacitive touch screen.<br><br>*See, e.g.*:<br><br> |

| Claim 33 | ASUS Vivobook Flip 14 |
|---|---|
| | Photograph of ASUS Vivobook Flip 14 illustrating touch screen.<br><br>For example, the ASUS Vivobook Flip 14 receives a detected signal responsive to a user's touch, e.g. a signal representative of a capacitive coupling between the user and the touch screen. |
| [a] a plurality of keys for selection by a user; | The ASUS Vivobook Flip 14 has a plurality of keys for selection by a user.<br><br>See limitation 33[pre]. |
| [b] a sensor to provide sensor values responsive to selection of the keys; and | The ASUS Vivobook Flip 14 has a sensor to provide sensor values responsive to selection of the keys.<br><br>See limitation 33[pre]. |
| [c] a controller coupled to the sensor to receive the sensor values from the plurality of keys and bias a determination of an active key as a function of a current active key. | The ASUS Vivobook Flip 14 has a controller coupled to the sensor to receive the sensor values from the plurality of keys and bias a determination of an active key as a function of a current active key.<br><br>For example, the ASUS Vivobook Flip 14 includes one or more computer-readable non-transitory storage media coupled to the sensing element and embodying logic that is operable when executed to perform the recited limitations. For example, the ASUS Vivobook Flip 14 includes one or more touch controllers or system processors with non-transitory storage (e.g. Flash, EEPROM, HDD, SDD, etc.) embodying logic to perform the recited limitations.<br><br>For example, the ASUS Vivobook Flip 14 receives signals indicating the proximity of a user's touch to two or more keys. For example, the touch keyboard measures the detected signal strengths of the keys in order to make a key determination proportional to the distance between the keys and the user's touch.<br><br>For example, in an aspect of infringement where the claimed "signal strength" corresponds with a capacitive measurement, if the detected signal strength for every key is below the threshold, the subset is empty and no key will be selected. For example, if |

| Claim 33 | ASUS Vivobook Flip 14 |
|---|---|
| | the capacitive coupling between the device and the user is too low, e.g. due to intervening gloves, a screen protector, etc., no keypress will be registered. For another example, an erroneous signal caused by noise, by moisture, or by other conditions will be rejected and will not cause a touch input to be registered. For another example, a touch with X,Y coordinates that do not correspond to any key, e.g. a touch outside the keyboard area will not register as a keypress.<br><br>For example, where there is sufficiently low proximity between the user's touch and any key, the ASUS Vivobook Flip 14 will not simply choose the closest key but will rather determine that no key is selected. For example, in the U.S. English keyboard layout there is a region to the left of the A key where a user may touch and yet no key is selected.<br><br>For example, when a user touches the touchscreen of the ASUS Vivobook Flip 14 while the keyboard is active, the device determines that the key in the subset that has the maximum signal strength is the currently selected key by analyzing sensor values of the keys comprising the device's keyboard. Based at least on these sensor values, the device determines which key was intended to be touched and assigns it as the currently uniquely selected key.<br><br>For example, if the user's touch is positioned sufficiently close to the "G" key of the touchscreen keyboard, the signal corresponding with "G" will have the maximum value and the ASUS Vivobook Flip 14 will determine that "G" is the current uniquely selected key. |

| Claim 33 | ASUS Vivobook Flip 14 |
|---|---|
| |  Photograph showing shading of "G" key as the uniquely selected key.<br><br>For example, in the absence of biasing, a user may touch near the left edge of the "H" key to select "H" as the uniquely selected key, e.g.: |

| Claim 33 | ASUS Vivobook Flip 14 |
|---|---|
|  | 

Photograph showing an unbiased touch on "H."

For example, in the situation where the step of determining a uniquely selected key has occurred and the user's touch has not been lifted, moving the touch to a location more distant from "G," will *not* result in "H" being selected: |

| Claim 33 | ASUS Vivobook Flip 14 |
|---|---|
|  |  Photograph showing that "H" is not determined to be the uniquely selected key despite the user touching part of the "H" key region.<br><br>For example, it is possible to overcome the bias by moving slightly closer to "H": |

| Claim 33 | ASUS Vivobook Flip 14 |
|---|---|
| | <br>Photograph showing that if the touch moves far enough towards "H," then "H" will be selected. |